# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G.P., <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 1:22-cv-01066-ADA-BAK <br><br> ORDER GRANTING MOTION TO APPEAR BY VIDEOCONFERENCE <br><br> (ECF No. 10) |

A hearing on Plaintiff's petition for minor's compromise is set for September 28, 2022, at 10:30 a.m. in Courtroom 9. (ECF No. 9.) On September 12, 2022, Plaintiff filed a request to appear via video for the September 28, 2022 hearing. (ECF No. 10.) The Court finds good cause to grant the request, however, the Court notes the motion does not expressly request that the minor Plaintiff be allowed to appear remotely. The Court advises counsel that Local Rule 202(d) states that upon a hearing for an application to approve a minor's compromise, "the minor . . . shall be in attendance unless, for good cause shown, the Court excuses their personal attendance." L.R. 202(d). The Court will *sua sponte* include the minor Plaintiff in this order's language, though given the Local Rule, if the hearing is held, the Court presumes the minor will be in attendance via videoconference, unless a separate request demonstrating good cause is submitted and approved. However, the Court also notes that in the week preceding the hearing, the Court is likely to make a determination whether a hearing is necessary at all in this matter.

Accordingly, IT IS HEREBY ORDERED that the motion (ECF No. 10) is GRANTED, and pursuant to Local Rule 174(a), Plaintiff, Plaintiff's attorney Goriune Dudukgian, and Plaintiff's guardian ad litem Clarissa Parks, may appear by video teleconference at the minor's compromise hearing scheduled before this Court on September 28, 2022 at 10:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

UNITED STATES MAGISTRATE JUDGE