# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G.P., <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 1:22-cv-01066-ADA-BAK <br><br> ORDER GRANTING MOTION TO APPEAR BY VIDEOCONFERENCE <br><br> (ECF No. 12) |

A hearing on Plaintiff's petition for minor's compromise is set for September 28, 2022, at 10:30 a.m. in Courtroom 9. (ECF No. 9.) On September 13, 2022, the Court granted Plaintiff and counsel's request to appear via video for the September 28, 2022 hearing. (ECF No. 11.) On September 15, 2022, Defendant's counsel filed a motion to appear via video. (ECF No. 12.) The filing recognizes the Court's previous order noted that in the week preceding the hearing, the Court is likely to make a determination whether a hearing is necessary in this matter. (Id.: ECF No. 11.) The Court finds good cause to grant the motion.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the motion (ECF No. 12) is GRANTED, and pursuant to Local Rule 174(a), Defendant's attorney David Salazar, may appear by video teleconference at the minor's compromise hearing scheduled on September 28, 2022 at 10:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 15, 2022**

UNITED STATES MAGISTRATE JUDGE